

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-19-00087-CV |
| Trial Court Cause Number: | 1117543 |
| Style: | Stella  D. Salmeron & Carlos Salmeron |
| | **v** Felipe De Jesus Garcia Santacruz |
| Date motion filed*: | December 9, 2022 |
| Type of motion: | Motion for extension of time to file appellants' brief |
| Party filing motion: | Appellants Stella D. Salmeron and Carlos Salmeron |
| Document to be filed: | Appellants' brief |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 1, 2022 |
| Number of previous extensions granted: | 3 |
| Date Requested: | No date specified |

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: **January 23, 2023**.

      ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: Appellants' redrawn brief, conforming to the Texas Rules of Appellate Procedure is due

1



COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

January 23, 2023. If another brief that does not comply with Rule 38.9(a) is filed, this Court may strike the brief, prohibit the appellant from filing another brief, and proceed as if the appellant has failed to file a brief. *See* TEX. R. APP. P. 38.9. If a conforming brief is filed and the appellees wish to amend or supplement their brief, such additional briefing is due 30 days after that conforming appellants' brief is filed in this Court. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Peter Kelly
⊠ Acting individually     ☐ Acting for the Court

Date: December 15, 2022